UNITED STATES of America, Plaintiff–Appellee,

v.

Jacky BERNARD, Defendant–Appellant.

No. 04–13894.

United States Court of Appeals, Eleventh Circuit.

Sept. 23, 2005.

Robert C.L. Vaughan, Mia A. Burroughs, Steel Hector & Davis, LLP, Miami, FL, for Defendant–Appellant.

Lisette M. Reid, Anne R. Schultz, U.S. Attorney's Office, Emily Smachetti, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT and BARKETT, Circuit Judges and FULLER,* Chief District Judge.

PER CURIAM.

Having reviewed the evidence and considered argument of counsel, we find no reversible error as to the conviction in this case. Accordingly, Jacky Bernard's conviction is affirmed. However, the government concedes there was error in sentencing and accordingly we vacate the sentence and remand for resentencing in light of

---

* Honorable Mark E. Fuller, United States Chief District Judge for the Middle District of Alabama, sitting by designation.

*United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

**AFFIRMED IN PART, VACATED AND REMANDED IN PART.**